**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ALEX JOHNSON
ADC #99684                                                                                                         PLAINTIFF

V.                                        NO: 5:06CV00047 WRW/HDY

RONNIE D. BAILEY *et al.*                                                                              DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Court Judge William R. Wilson, Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than eleven (11) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District
        Judge (if such a hearing is granted) was not offered at the
        hearing before the Magistrate Judge.

1

3. The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite 402
> Little Rock, AR 72201-3325

## DISPOSITION

Plaintiff, currently incarcerated at the Tucker Maximum Security Unit of the Arkansas Department of Correction ("ADC"), filed this *pro se* complaint (docket entry #1), pursuant to 42 U.S.C. § 1983, on February 27, 2006. Plaintiff did not submit the $250.00 statutory filing fee or an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). On February 28, 2006, Plaintiff was ordered to submit either the full filing fee or a properly completed *in forma pauperis* application (docket entry #2). Plaintiff was further warned that his failure to respond to communication from the Court within 30 days could result in the dismissal of his case. To this point, Plaintiff has failed to submit either a properly completed *in forma pauperis* application, or the $250.00 filing fee. Accordingly, Plaintiff's complaint should be dismissed without prejudice.

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's complaint (docket entry #1) be DISMISSED WITHOUT PREJUDICE.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal taken from the Court's order and the accompanying judgment would not be taken in good faith.

DATED this _5__ day of April, 2006.

_____
UNITED STATES MAGISTRATE JUDGE