# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ALEX JOHNSON  
ADC #99684                                                                                                    PLAINTIFF

V.                                        NO: 5:06CV00047 WRW/HDY

RONNIE D. BAILEY *et al.*                                                                         DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.    IT IS THEREFORE ORDERED THAT:

1.     Plaintiff's complaint (docket entry #1) is DISMISSED WITHOUT PREJUDICE.

2.     The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this order and the accompanying judgment would not be taken in good faith.

DATED this 18th day of April, 2006.


                                                                /s/Wm. R. Wilson, Jr.
                                                            UNITED STATES DISTRICT JUDGE